IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ALEX GARZA | § | |
| VS. | § | CIVIL ACTION NO. 9:19-CV-230 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ACCEPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Alex Garza, an inmate confined at the Polunsky Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 against defendant Director, TDCJ-CID.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting plaintiff's motion to voluntarily dismiss his claims (docket entry no. 9).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date. [1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered in

---

[1] Plaintiff received a copy of the Report and Recommendation on August 24, 2020 (docket entry no. 10).

accordance with the recommendations of the Magistrate Judge.

      So ORDERED and SIGNED, Oct 14, 2020.

                                            Ron Clark  
                                            Senior Judge